JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

**#114123**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Sandra Cavazos

## DEFENDANTS
County of Hidalgo, State of Texas, and Fidencio Guerra

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** Hidalgo
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:** Hidalgo
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Rene C. Flores
P.O. Box 60005
Corpus Christi, TX 78466

**ATTORNEYS (IF KNOWN):** Dale Kasofsky, Jorge Rangel, Thornton Summers, 100 E. Savannah, Ste 500, Ass't AG, McAllen, TX 78503

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Retaliation for opposing unlawful employment practice. Violation of 42 U.S.C. § 2000e-3; 42 USC §1983; 42 USC §1985; 1st, 4th, 5th & 14th Amendments to U.S. Const.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
**JUDGE:** Hilda Tagle
**DOCKET NUMBER:** M-99-CV-318

**DATE:** 8/21/00

**SIGNATURE OF ATTORNEY OF RECORD:** Rene Flores

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 21 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SANDR CAVAZOS § | | |
|     Plaintiff § | | |
| § | | |
| vs. § | CASE NO. B-00-128 | |
| § | JURY | |
| COUNTY OF HIDALGO, § | | |
| STATE OF TEXAS, AND FIDENCIO § | | |
| GUERRA, IN HIS CAPACITY AS § | | |
| STATE DISTRICT JUDGE § | | |
|     Defendants § | | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### A. Parties

1. Plaintiff is an individual residing at 1701 Jason Street, Apt. 1, Edinburg, Texas, 78539.

2. Defendant County of Hidalgo is a governmental organization of the State of Texas. It may be served by delivering a copy of the complaint and summons to County Judge Eloy Pulido at 100 East Cano, Edinburg, Texas 78539.

3. Defendant State of Texas may be served by delivering a copy of the complaint and summons to the Secretary of State, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079

4. Defendant Fidencio Guerra is named individually. At all times mentioned herein, Fidencio Guerra was acting within the course and scope of his employment with the State of Texas as a State District Judge. Defendant may be served at 100 North Closner, Edinburg, Texas 78539.

1

## B. Jurisdiction

5. This court has jurisdiction over Plaintiff's claim based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f). 28 U.S.C. §§ 1331; 1343; 2201; and 2202(a). Intervenor has requested and received a right to sue on her charge of sexual harassment and a subsequent charge of retaliation for brining the EEOC charge.

6. Jurisdiction is also invoked under Section 2 of Article III, of the United States Constitution in that violations of the First, Fourth, Fifth, and Fourteenth Amendments of the United States Constitution, providing for the rights of all persons within the jurisdiction of the United States to enjoy freedom of speech, and to petition their government for redress of their grievances, to be secure in their persons, to be free from unreasonable searches and seizures, to enjoy privacy, to be free from deprivations of life, liberty and property without due process of law are alleged.

7. Jurisdiction is also invoked under 28 U.S.C. §§ 1343 & 1331 in that the Civil Rights Act of 1871, 42 U.S.C. §§ 1983 and 1985, providing for the protection of all persons in their Civil Rights and the redness of deprivation of rights under color of law and the common law of the State of Texas providing for damages to persons subjected to the intentional infliction of emotional distress.

8. The unlawful employment practices, violations of Plaintiff's Civil Rights and tortuous acts complained of herein were committed within the Southern District of Texas of the United States District Court and the State of Texas.

9. The pendent jurisdiction of the Federal District Court is invoked with respect to

2

Plaintiff's claims under the laws of the State of Texas, pursuant to 42 U.S.C. 1343, because the entire action before this Court comprises one constitutional and Civil Rights case, and the claims arise out of the same operative facts and are such that the Plaintiffs would ordinarily be expected to try them in one judicial proceeding.

10. Further, Section 2 of Article III of the United States Constitution is also invoked because Plaintiff's civil rights have been violated in that she has been denied equal protection and due process under the law, pursuant to the Fifth and Fourteen Amendments when she was retaliated against for and, ultimately, wrongfully terminated by the County of Hidalgo in conspiracy with the State through Judge Fidencio Guerra.

### C. Exhaustion of Administrative Procedures

Plaintiff timely filed with the EEOC a charge of discrimination against Defendants. Plaintiff received a notice of right to sue from E.E.O.C. within 90 days of the filing of this complaint. A copy of the notice of right to sue is attached as Exhibit "A". (42 U.S.C. 2000 e-5(f)(1).

### D. Causes of Action--Retaliation

11. Plaintiff, Mary Alice Palacios, brought a charge of sexual harassment against Defendants, County of Hidalgo and State of Texas and Fidencio Guerra in his capacity as State District Judge, in the Equal Employment Opportunity Commission (hereinafter the "EEOC") on November 4, 1997.

12. Plaintiff's claim involves various forms of retaliation by Defendants in discriminating against her for opposing the unlawful employment practice alleged by Plaintiff in her complaint and because she testified, assisted, or participated in

3

ClibPDF - www.fastio.com

the investigation and proceeding involving the EEOC charge filed by Plaintiff against Defendants. Plaintiff was discriminated against when Defendants terminated her job by not submitting for renewal of the application to fund the Drug Impact Court she and Plaintiff worked in. Once funding for the Drug Impact Court ended, so did Plaintiff and Applicant Intervenor's job. Further, Plaintiff was also subjected to an invasion of her privacy by having her personal files searched by county deputies in retaliation for their involvement in the E.E.O.C. charge filed by Plaintiff. The retaliatory actions described above are violations of 42 U.S.C. § 2000e-3.

13. Plaintiff also alleges various other violation of civil rights in that Defendants' actions of retaliation thereto were done under color of law, statute, ordinance, regulation, custom and usage and said actions deprived Plaintiff of the rights, privileges and immunities secured to Plaintiff by the United States Constitution, the amendments thereto, federal statute and the common law. 42 U.S.C. § 1983. Further, the Plaintiff alleges that in doing the wrongful acts complained of hereto, the Defendants were co-conspirators engaged in a scheme and conspiracy designed and intended to deny and deprive Plaintiff of her rights guaranteed under the Constitution and the laws of the United States. That the purpose of the Defendants in so acting was to prevent Plaintiff and other employees of the Drug Impact Court, and Plaintiff's witnesses, through economic and psychological violence and intimidations, from seeking the equal protection of the laws and from enjoying the equal privileges and immunities of citizens under the Constitution and laws of the United States and the State of Texas, including but not limited to their rights to

4

freedom of speech, and their right to petition their government for redress of their grievances, their rights to be secure in their persons and to be free from unreasonable searches and seizures, their rights to privacy of their persons, nor deprived of life, liberty or property without due process of law, all in violation of the First, Fourth, Fifth, and Fourteenth amendments to the United States Constitution. Pursuant to their conspiracy, the Defendants acted to deprive the witnesses of their Civil Rights, by repeated and insidious acts of harassment, retaliation, intimidation, bad faith and threat, all in violation of 42 U.S.C. § 1985.

14. The deprivation of constitutional rights against Plaintiff described in the previous paragraph were also in violation of the aforementioned constitutional and statutory laws.

15. Plaintiff also alleges in her Amended Complaint that Defendants intentionally or recklessly inflicted the aforementioned acts of sexual harassment and retaliation on Plaintiff and said acts were extreme and outrageous conduct which caused Plaintiff severe emotional distress and pecuniary loss in the nature of loss of employment, medical and/or counseling expenses.

### E. Damages

16. Plaintiff suffered and/or continues to suffer the following injuries as a direct and proximate result of Defendants' conduct:

a. Plaintiff has incurred or has paid and will incur future bills for medical treatment that otherwise would have been covered by the health benefits plan offered by Defendants.

5

b. Plaintiff suffered and continues to suffer damages to her retirement benefits.

c. Plaintiff suffered and continues to suffer emotional distress.

d. Plaintiff suffered and continues to suffer mental anguish.

e. Plaintiff suffered and continues to suffer physical illness

f. Plaintiff suffered and continues to suffer loss of wages.

### E. Prayer

For these reasons, Plaintiff asks for judgment against Defendants for:

a. an award of reasonable attorney fees and costs;

b. reinstatement of Plaintiff with back pay and/or ;

c. an award for actual damages;

d. an award for exemplary damages; and

e. Adjudge and declare that the acts, practices, policies and procedures of the Defendants complained of herein have violated the Intervenor's Civil Rights under Titles VI & VII of the Civil Rights Act of 1964 and under Sections. 1983 and 1985 of the Civil Rights Act of 1871;

f. grant Plaintiff's a permanent injunction enjoining Defendants, its officers, agents, successors, employees, attorneys and all those acting in consent with them and at their direction, from engaging in any practice which discriminates against any employee or applicant for employment on the basis of sex; requiring Defendants to assure that their employment procedures and policies adequately provide for proper methods of dealing with and prevents sexual harassment and retaliation for complaints thereof as well as requiring that Defendants comply with all EEOC Regulations;

g.  retain jurisdiction over this matter to assure that full compliance with the Courts orders and applicable law is executed and to require Defendants to file such reports as the Court deems necessary to assure compliance; and

h.  all other relief the court deems appropriate in equity and in law.

                Respectfully submitted,

**FLORES LAW FIRM, P.C.**
P.O. Box 60025
3833 S. Staples, Suite 39
Corpus Christi, Texas, 78466-0025
Phone No. (361) 853-6325
Fax No. (361) 853-6376

By:   **RENE C. FLORES**
State Bar No. 00784063
Federal ID No. 17500
**ATTORNEY IN CHARGE FOR PLAINTIFF**

7

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Sandra Cavazos

V.

County of Hidalgo, State of Texas and Fidencio Guerra

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-128

B-00-128

**TO:** (Name and address of defendant)

Re: Fidencio Guerra
100 North Closner
Edinburg, Texas 78539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rene C. Flores
Flores Law Firm, P.C.
P.O. Box 60025
3833 S. Staples, Ste 39
Corpus Christi, TX 78466-0025

an answer to the complaint which is herewith served upon you, within  20 (twenty)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

8-21-00

CLERK

(BY) DEPUTY CLERK                                                    DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

──────────── DISTRICT OF ────────────

Sandra Cavazos

v.

County of Hidalgo, State of Texas and Fidencio Guerra

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-128

**B-00-128**

TO: (Name and address of defendant)

County of Hidalgo
100 East Cano
Edinburg, Texas 78539

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rene C. Flores
Flores Law Firm, P.C.
P.O. Box 60025
3833 S. Staples, Ste 39
Corpus Christi, TX 78466-0025

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE: 8-21-00

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Sandra Cavazos

v.

County of Hidalgo,
State of Texas and
Fidencio Guerra

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-128

B-00-128

TO: (Name and address of defendant)

State of Texas
Secretary of State
Citations Unit
P.O. Box 12079, Austin, TX 78711-2079

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rene C. Flores
Flores Law Firm, P.C.
P.O. Box 6005
3833 S. Staples, Ste 39
Corpus Christi, TX 78466-0025

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

8-21-00

DATE