IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SANDRA CAVAZOS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-128 |
| § | |
| COUNTY OF HIDALGO, STATE OF § | |
| TEXAS, AND FIDENCIO GUERRA, IN HIS § | |
| CAPACITY AS STATE DISTRICT JUDGE § | |

## ORDER

A review of Plaintiff's Original Complaint (Docket No. 1) shows that, with the exception of the State of Texas, all Defendants are resident of Hidalgo County, Texas and all the actions complained of by Plaintiff occurred in Hidalgo County, Texas. Hidalgo County, Texas is within the McAllen Division of the Southern District of Texas.

IT IS THEREFORE **ORDERED** that this case be transferred to the docket of the United States District Court for the Southern District of Texas, McAllen Division.

DONE at Brownsville, Texas, this 5th day of September, 2000.

John Wm. Black
United States Magistrate Judge